UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JANET S. BENEDICT,              )<br>                                            )<br>            Plaintiff,          )<br>    vs.                         )<br>                                            )<br>                                            )<br>MICHAEL J. ASTRUE, Commissioner )<br> of the Social Security Administration, )<br>                                            )<br>            Defendant.          ) | 1:08-cv-1412-SEB-TAB |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Janet S. Benedict was not entitled to Supplemental Security Income based on her application filed on June 10, 2003, is **AFFIRMED.**


Date: 12/22/2009

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov